UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TARABOCHIA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No.  C05-5516RJB<br><br>ORDER TO SHOW CAUSE |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a petition for writ of *habeas corpus* under 28 U.S.C. § 2254. To file a petition and initiate legal proceedings, petitioner must pay a filing fee of $5.00 or file a proper application to proceed *in forma pauperis*.

      On August 1, 2005, the clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On August 4, 2005, the clerk sent a letter to petitioner, directing him to complete the written consent required by Local Rule CR 3(b). (Dkt. #2).  However, it appears petitioner did provide the required written consent form with his application. <u>See</u> (Dkt. #1).  As such, petitioner is not required to complete and file another one.

      However, pursuant to 28 U.S.C. § 1915(a)(2):

 A prisoner seeking to bring a civil action or appeal a judgment in a civil action or

ORDER
Page - 1

proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff thus is required to submit a statement showing the balance and activity of his account for the <u>six-month period</u> immediately preceding the filing of his complaint. Here, while plaintiff did submit a copy of his account statement, that statement only covers the month of June 2005.

Accordingly, this court orders the following:

(1)  Plaintiff shall seek to cure this deficiency by filing **no later than September 8, 2005**, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account for the six-month period immediately preceding the filing of his petition.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2)  The clerk is directed to send a copy of this Order to plaintiff.

DATED this 8th day of August, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2