UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TARABOCHIA,<br><br>               Petitioner,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>               Respondent. | Case No.  C05-5516RJB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed the report and recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* is DENIED.

(3) The Clerk is directed to send directed to send copies of this Order to petitioner.

DATED this 7th day of October, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1