UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TARABOCHIA,

           Petitioner,

   v.

DOUG WADDINGTON,

           Respondent.

Case No.  C05-5516RJB

ORDER

      This matter is before the court on petitioner's motion of submission of the complete and true and accurate record of the revocation hearing. (Dkt. #22).  The court, having reviewed petitioner's motion and the balance of the record, hereby finds and ORDERS:

      Petitioner has submitted with his motion the transcript of the hearing at which his pre-sentencing work release condition was revoked.  Petitioner states that he has done so because respondent did not file with the court the complete record of that proceeding.  However, a review of the record of relevant state court proceedings submitted by respondent with his answer reveals that respondent did in fact do so. See Respondent's Submission of Relevant State Court Record, Exhibit 4 (Dkt. #18).

      Nevertheless, the court sees no harm in allowing petitioner to file another copy of the transcript of that hearing, and respondent has not objected to petitioner's motion.  Accordingly, petitioner's motion of

ORDER
Page - 1

submission of the complete and true and adequate record of the revocation hearing (Dkt. #22) hereby is GRANTED.

The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

DATED this 21st day of March, 2006.

                                              Karen L. Strombom
                                              United States Magistrate Judge